**Order entered April 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00383-CV

### IN RE: JOHN ALBERT ESTRADA, SR., Relator

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F93-26577-PJ**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/    ELIZABETH LANG-MIERS
       JUSTICE